IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRUCE ROGERS,** | : | CIVIL ACTION |
| **Plaintiff** | : | 10-1497 |
| | : | |
| v. | : | |
| | : | |
| **CONAIR CORP.,** | : | |
| **Defendant** | : | |
| | : | |

**O R D E R**

**AND NOW,** this 21st day of April, 2011, upon review of Plaintiff's Motion to Compel Discovery [Doc. No. 35], to which Defendant did not directly respond but instead filed a Motion for Protective Order Staying All Discovery [Doc. No. 38], and Plaintiff's response to Defendant's Motion [Doc. No. 40], and after a telephone conference with counsel on April 20, 2011, it is hereby **ORDERED** that Plaintiff's Motion to Compel Discovery is **GRANTED,**[1] and Defendant's Motion for Protective Order is **DENIED** in part and **GRANTED** in part.  Defendant is **ORDERED** to respond to all properly served discovery requests within seven (7) days of the date of this Order.  However, no depositions shall be held until the Court resolves Defendant's Motion for Judgment on the Pleadings, which is not yet fully briefed.

**IT IS SO ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe

_____

**CYNTHIA M. RUFE, J.**

---

[1] Although the Motion to Compel is granted, the Court will not impose sanctions at this time.