IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRUCE ROGERS,** | : | **CIVIL ACTION** |
| Plaintiff | : | 10-1497 |
| | : | |
| v. | : | |
| | : | |
| **CONAIR CORP.,** | : | |
| Defendant | : | |

**ORDER**

**AND NOW**, on this 12th day of May, 2011, upon review of Defendant's Motion for Judgment on the Pleadings [Doc. No. 37], Plaintiff's Response, Defendant's Reply, and Plaintiff's Sur-Reply, and for the reasons set forth in the attached opinion, it is hereby **ORDERED** that Defendant's Motion is **DENIED**.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**