IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRUCE ROGERS,<br>    Plaintiff | : | CIVIL ACTION<br>NO. 10-1497 |
| v. | : | |
| CONAIR CORP.,<br>    Defendant | : | |

### ORDER

**AND NOW**, on this 24th day of April 2012, upon review of Defendant's Motion for Judgment on the Pleadings [Doc. No. 84], Plaintiff's Response [Doc. No. 86], Defendant's Reply [Doc. No. 90], and Plaintiff's Sur-Reply [Doc. No. 93], and upon review of Plaintiff's Notice of Constitutional Challenge [Doc. No. 87], and the Government's response thereto [Doc. No. 98], and for the reasons set forth in the attached opinion, it is hereby **ORDERED** that Defendant's Motion is **GRANTED** and Plaintiff's Constitutional Challenge to the America Invents Act is **DENIED**.

Plaintiff's Complaint is **DISMISSED** without prejudice. Plaintiff is granted leave to file an amended complaint within twenty-one (21) days of the date of this Order.

It is so **ORDERED**.

BY THE COURT:

_____
CYNTHIA M. RUFE, J.

ENTERED
APR 25 2012
CLERK OF COURT

FILED
APR 25 2012
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk